UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dennis Larson Loop,<br><br>    Plaintiff,<br><br>v.<br><br>State of Minnesota, Minnesota State Patrol, et al.,<br><br>    Defendants. | Civil 05-574 JRT/FLN<br><br><br><br>REPORT & RECOMMENDATION |

In December 2005, the Court dismissed this case as to Hennepin County and Deputy Burchett. It appears that the remaining Defendants, five Hennepin County Deputy Sheriffs, the City of Minneapolis and the State of Minnesota, were never served with a summons or complaint. Plaintiff's amended complaint does not mention the City of Minneapolis, the other Deputy Sheriffs or the State. Under the circumstances, IT IS RECOMMENDED that this case be closed.

DATED: October 10, 2006.                  s/ *Franklin L. Noel*
                                                            FRANKLIN L. NOEL
                                                            United States Magistrate Judge

Pursuant to the Local Rules, any party may object to this Report and Recommendation by filing with the Clerk of Court and serving on all parties, on or before **October 27, 2006**, written objections which specifically identify the portions of the proposed findings or recommendations to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under the rules shall be limited to 3500 words. A judge shall make a de novo determination of those portions to which objection is made.

This Report and Recommendation does not constitute an order or judgment of the District Court, and it is, therefore, not appealable to the Circuit Court of Appeals.